2012 MAR -5 PM 2:52

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| Donna Kiessel, individually and on behalf of all similarly situated individuals, | CIVIL ACTION |
| Plaintiff, | Case No.: 1:12-cv-00390 |
| v. | JUDGE PATRICIA A. GAUGHAN |
| The Corvus Group, Inc. and RSM McGladrey, Inc., | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR ANDREW G. CHASE

Pursuant to Local Rule 83.5(h), I, Andrew G. Chase, move the Court to be admitted *pro hac vice,* to appear and participate in the above-referenced action as counsel for Plaintiffs.

I have engaged as local counsel in this matter Patrick J. Perotti and Nicole T. Fiorelli from the law firm of Dworken & Bernstein Co., LPA, located at 60 South Park Place, Painesville, OH 44077.

I represent that I am a member in good standing of the highest court of Minnesota as attested by the accompanying certificate of good standing. This Motion is accompanied by the required $100.00 fee.

My contact and bar admission information is:

Andrew G. Chase
Nichols Kaster, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
achase@nka.com

Admitted to Minnesota Supreme Court on June 13, 2011
Minnesota Bar No.: 0391935

I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission, pertaining to conduct or fitness as a member of the bar.

Dated: March 1, 2012

NICHOLS KASTER, PLLP

*/s/ Andrew G. Chase*
Andrew G. Chase, MN Bar No. 0391935
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
achase@nka.com