## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DONNA KIESSEL, individually and on behalf of all similarly situated individuals, ) ) ) | |
| Plaintiff, ) | Case No. 1:12-cv-390 |
| ) | |
| v. ) | Judge Gaughan |
| ) | |
| ) | Magistrate Judge McHargh |
| THE CORVUS GROUP, INC. and ) RSM MCGLADREY, INC., ) ) | |
| Defendant. ) | |

## DEFENDANT THE CORVUS GROUP, INC.'S
## MOTION TO ADMIT PRO HAC VICE
## MEGAN M. MATHIAS

PLEASE TAKE NOTICE that, pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio, I, Loriann E. Fuhrer, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice, as co-counsel for Defendant, The Corvus Group, Inc. ("Corvus"), in the above captioned action of:

| | |
|---|---|
| Applicant's Name: | Megan M. Mathias |
| Firm Name: | Horwood Marcus & Berk Chartered |
| Address: | 500 West Madison Street, Suite 3700 |
| City/State/Zip: | Chicago, Illinois 60661 |
| Phone Number: | (312) 606-3245 |
| Fax Number: | (312) 267-2223 |
| Email: | mmathias@hmblaw.com |
| Highest State Court: | Supreme Court of Illinois |
| | Date: November 6, 2003 |
| | Registration No.: 6280497 |

1

Megan M. Mathias is a member in good standing of the Bar of the State of Illinois. Megan M. Mathias has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. The Certificate of Good Standing for Megan M. Mathias in further support of this Motion is attached hereto.

Respectfully submitted,

/s/ Loriann E. Fuhrer
Loriann E. Fuhrer          (0068037)
lfuhrer@keglerbrown.com
KEGLER, BROWN, HILL & RITTER, LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone: 614/462-5400

*Counsel for Defendant The Corvus Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was served via the Court's ECF system, this 20th day of March, 2012 upon the following:

Andrew G. Chase
Paul J. Lukas
Nichols Kaster
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

and

Nicole T. Fiorelli
Patrick J. Perotti
Dworken & Bernstein
60 South Park Place
Painesville, OH 44077

and

John B. Lewis
Baker & Hostetler
3200 PNC Center
1900 East Ninth Street
Cleveland, OH 44114

                                                /s/ Loriann E. Fuhrer
                                                Loriann E. Fuhrer        (0068037)