UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONNA KIESSEL, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> THE CORVUS GROUP, INC., *et al.*, <br><br> Defendants. | CASE NO. 1:12-CV-00390-PAG <br><br> JUDGE PATRICIA GAUGHAN |

## MOTION FOR PRO HAC VICE ADMISSION FOR ATTORNEY STEVEN T. CATLETT

Defendant McGladrey & Pullen, LLP ("McGladrey") hereby moves, pursuant to Local Rule 83.5(h), for an order admitting pro hac vice Steven T. Catlett, Esq. to the United States District Court for the Northern District of Ohio, Eastern Division. In support of this motion, McGladrey states as follows:

Mr. Catlett is a partner with the law firm of Sidley Austin, LLP, located at One South Dearborn, Chicago, Illinois 60603. Mr. Catlett is admitted to practice law and is a member in good standing of the bar of the State of Illinois. In addition, Mr. Catlett is a member in good standing and admitted to practice before a number of federal courts, all of which are attached to

the Affidavit of Steven T. Catlett, attached hereto as Exhibit A. Mr. Catlett's affidavit includes all other requisite information in support of this motion.

WHEREFORE, McGladrey requests admission pro hac vice of Steven T. Catlett Esq., for the limited purpose of representing McGladrey in the above-referenced litigation and hereby requests leave to participate in all court proceedings in this action whenever necessary and appropriate.

Respectfully submitted,

/s/ John B. Lewis
John B. Lewis, Esq.
Todd A. Dawson, Esq.
Jeffrey R. Vlasek, Esq.
**BAKER & HOSTETLER LLP**
PNC Center, Suite 3200
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Tel: (216) 621-0200
Fax: (216) 696-0740
jlewis@bakerlaw.com
tdawson@bakerlaw.com
jvlasek@bakerlaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2012, a copy of the foregoing Motion for Pro Hac Vice Admission for Attorney Steven T. Catlett was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ John B. Lewis
One of the Attorneys for Defendant