STATE OF ILLINOIS     )
                       )    SS

COUNTY OF COOK     )

### AFFIDAVIT OF STEVEN T. CATLETT

Steven T. Catlett Esq., being first duly sworn, deposes and says as follows:

1. I am an attorney in the law firm of Sidley Austin LLP.

2. I am a member in good standing and admitted to practice in the State of Illinois (#6269229). A certificate of good standing is attached to this Affidavit.

3. I am a member in good standing and admitted to practice before the following federal courts:

| Court | Admission Date | Active or Inactive |
| --- | --- | --- |
| U.S. Supreme Court | 04/15/91 | Active |
| U.S. Court of Appeals, District of Columbia | 04/08/87 | Active |
| U.S. Court of Appeals, Second Circuit | 05/16/06 | Active |
| U.S. Court of Appeals, Third Circuit | 09/10/07 | Active |
| U.S. Court of Appeals, Fourth Circuit | 12/04/89 | Active |
| U.S. Court of Appeals, Sixth Circuit | 05/16/90 | Active |
| U.S. Court of Appeals, Seventh Circuit | 05/23/03 | Active |
| U.S. Court of Appeals, Eighth Circuit | 04/13/00 | Active |
| U.S. Court of Appeals, Ninth Circuit | 07/30/93 | Active |
| U.S. Court of Appeals, Tenth Circuit | 09/07/94 | Active |
| U.S. Court of Appeals, Eleventh Circuit | 03/10/06 | Active |
| U.S. District Court, Southern District of Ohio | 01/14/97 | Active |
| U.S. District Court, Eastern District of Wisconsin | 11/24/99 | Active |
| U.S. District Court, Northern District of Illinois Trial Bar | 06/07/00 | Active |
| U.S. District Court, Southern District of Illinois | 10/12/01 | Active |
| U.S. District Court, Central District of Illinois | 02/15/02 | Active |

4

| U.S. District Court, Southern District of Indiana | 11/23/04 | Active |
| U.S. District Court, Western District of Michigan | 02/16/05 | Active |
| U.S. District Court, District of Colorado | 07/26/11 | Active |

4. There are no disciplinary or grievance procedures which have been filed or are pending
against me in any jurisdiction.

FURTHER AFFIANT SAYETH NAUGHT.

Steven T. Catlett
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel:  (312) 853-9524
Fax: (312) 853-7036
scatlett@sidley.com

On this 20th day of March, 2012, before me personally appeared Steven T. Catlett, to me
known to be the person described in and who executed the foregoing instrument, and
acknowledged that he executed the same as his/her free act and deed.

IN WITNESS WHEREOF, I have hereunto set my
hand and affixed my official seal in the City and
State aforesaid, the day and year first above written.

Notary Public

My Commission Expires: 1/22/2014

"OFFICIAL SEAL"
IRMA M. TORRES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1/22/2014

5

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Steven Thomas Catlett

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 23, 1999 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, March 14, 2012.

*Carolyn Taft Grosboll*

Clerk