STATE OF ILLINOIS    )
                     )  SS
COUNTY OF COOK       )

### AFFIDAVIT OF RACHEL F. MARGOLIS

Rachel F. Margolis Esq., being first duly sworn, deposes and says as follows:

1. I am an attorney in the law firm of Sidley Austin LLP.

2. I am a member in good standing and admitted to practice in the State of Illinois (#6297116). A certificate of good standing is attached to this Affidavit.

3. I am a member in good standing and admitted to practice before the following federal courts: the United States District Courts for the Northern District of Illinois, the United States District Courts for the Central District of Illinois, and the United States Courts of Appeal for the Sixth Circuit.

4. There are no disciplinary or grievance procedures which have been filed or are pending against me in any jurisdiction.

FURTHER AFFIANT SAYETH NAUGHT.

Rachel F. Margolis
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7735
Fax: (312) 853-7036
rachel.margolis@sidley.com

On this 20th day of March, 2012, before me personally appeared Rachel F. Margolis, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his/her free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the City and State aforesaid, the day and year first above written.

Notary Public

My Commission Expires: 1/22/2014

"OFFICIAL SEAL"
IRMA M. TORRES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1/22/2014

4

EXHIBIT "A"

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Rachel Faye Margolis

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 11, 2008 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, March 14, 2012.

*Carolyn Taft Grosboll*

Clerk