# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### CLEVELAND DIVISION

| | |
|---|---|
| DONNA KIESSEL, Individually and on behalf of other similarly situated individuals, | Case No.: 1:12-cv-00390 |
| | Honorable Judge Gaughan |
| Plaintiff, | |
| v. | **PLAINTIFF WITHDRAWAL FROM LAWSUIT** |
| THE CORVUS GROUP, INC. and RSM MCGLADREY, INC., | |
| Defendants. | |

I hereby revoke my Consent to Join Litigation form and withdraw as a Plaintiff from the above-mentioned lawsuit involving claims against Defendants for violations of the Fair Labor Standards Act, 29 U.S.C.§ 201 et. seq.

I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon filing my Consent to Join Litigation form with the Court, will begin to run again upon my withdrawal. I understand that my claims may be barred by the passage of time and that it is advisable that if I intend to further pursue this matter I should contact another attorney immediately.

Date: 5/23/12

Signature: [signature]

Print Name: Bryant G. Campbell

Mail or Fax To:
Andrew G. Chase
Nichols Kaster, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Fax: (612) 215-6870
Telephone: (877) 448-0492